UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-220-D

FILED IN OPEN COURT
ON 6-27-2012

Julie A. Richards, Clerk
US District Court
Eastern District of NC

IN RE:                              :
                                    :
TEN COUNT GRAND JURY                :   ORDER TO SEAL INDICTMENT
INDICTMENT OF JUNE 27, 2012         :

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on June 27, 2012 be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing arrest warrants for the defendants and to provide copies of the Indictment to the United States Attorney.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney.

This the 27 day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE