UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-220-1D(3)
NO. 5:12-CR-220-2D(3)
NO. 5:12-CR-220-3D(3)
NO. 5:12-CR-220-4D(3)


FILED IN OPEN COURT
ON 7/12/2012
Julie A. Richards, Clerk
US District Court
Eastern District of NC

IN RE:                              :
                                    :
TEN COUNT                           :   ORDER TO UNSEAL INDICTMENT
INDICTMENT OF June 27, 2012         :   AND ARREST WARRANT
                                    :

Upon motion of the United States of America, and for good cause shown, the sealed ten (10) count Indictment returned by the Grand Jury for the Eastern District of North Carolina on June 27, 2012, is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This 12 day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE