UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:12-CR-220-1D

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **John Javier Spearman** | ) | |
| | ) | |

On March 21, 2013, John Javier Spearman appeared before the Honorable James C. Dever III, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Conspiracy to Distribute and to Possess With Intent to Distribute More Than 28 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 846; Assault With Intent to Rob or Steal Money or Other Property of the United States, in violation of 18 U.S.C. § 2114; and Using and Carrying a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c), was sentenced to the custody of the Bureau of Prisons for a term of 150 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 5 years upon release from imprisonment. John Javier Spearman was released from custody and the term of supervised release commenced on March 15, 2024.

From evidence presented at the revocation hearing on October 29, 2025, the court finds as a fact that John Javier Spearman, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 54 months, with no supervision to follow.

**IT IS FURTHER RECOMMENDED** that the Bureau of Prisons designate the defendant to Federal Correctional Institution - Williamsburg. While incarcerated, Spearman shall be afforded vocational and educational training opportunities.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 29th day of October, 2025.

James C. Dever III
U.S. District Judge